**Emily Rena-Dozier, OSB #134674**
emily.rena-dozier@lasoregon.org
Legal Aid Services of Oregon
520 SW 6th Avenue, Suite 700
Portland, OR 97204
(503) 471-1162
Fax: (503) 295-9496

**Emily Teplin Fox, OSB #121720**
efox@oregonlawcenter.org
**Edward Johnson, OSB #965737**
ejohnson@oregonlawcenter.org
Oregon Law Center
522 SW Fifth Ave., Suite 812
Portland, OR 97204
(503) 473-8314
Fax: (503) 295-0676

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| HEATHER HUFF and TERRY BLAKELY, | Case No. 6:17-cv-00223-JR |
| Plaintiffs, | **STIPULATED DISMISSAL OF ACTION AND PROPOSED ORDER** |
| v. | |
| MARION COUNTY HOUSING AUTHORITY, a public body corporate and politic, | **Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)** |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, by and through their respective counsel of record, hereby stipulate to the dismissal of this action with prejudice and without fees or costs awarded to any party.

1 –   STIPULATED DISMISSAL OF ACTION AND PROPOSED ORDER

DATED: <u>December 20, 2018</u>

Respectfully submitted,

<u>s/ Emily Rena-Dozier</u>
Emily Rena-Dozier, OSB #134674
Legal Aid Services of Oregon

Of Attorneys for Plaintiffs

<u>s/ Jeffery J. Matthews</u>
Jeffery J. Matthews, OSB # 973280
Harrang Long Gary Rudnick PC

Of Attorneys for Defendant

## ORDER

This matter having come before the Court on the parties' Stipulated Dismissal of Action, it is HEREBY ORDERED that this action is dismissed with prejudice, without fees or costs awarded to either party.

DATED: _____

_____
HONORABLE MAGISTRATE JUDGE
JOLIE A. RUSSO

---

2 –    STIPULATED DISMISSAL OF ACTION AND PROPOSED ORDER